# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.12-2378 |
| | ) | |
| Zard Development, Inc. | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Eugene Wedoff |

## NOTICE OF MOTION

To:    See attached service list

**PLEASE TAKE NOTICE** that on **Tuesday, March 19, 2013** at the hour of **10:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before Judge Eugene R. Wedoff in Courtroom 744 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting such judge's place and stead, and shall then and there present the attached **Motion for Final Decree and to Close Bankruptcy Case**, a copy of which is attached hereto and is hereby served upon you. You may appear and be heard if you choose.

By:    /s/Brett M. Scheive
Brett M. Scheive (Atty No. 6300777)
**Law Offices of Brett Scheive**
17 North State, Suite 990
Chicago, Illinois 60602
Tel:  312-269-0009

## CERTIFICATE OF SERVICE

I, Brett M. Scheive, an attorney, certify that I caused a true and correct of this Notice and Application to be served on the attached service list as indicated on the attached service list from my offices located at 17 North State, Chicago, Illinois on February 28, 2013.

By:   /s/Brett M. Scheive

**Service List**
**Zard Development, Inc.**
**Case 12-2378**

Via ECF electronic filing

Patrick S. Layng
Office of the United States Trustee
219 South Dearborn,
8th Floor
Chicago, IL 60604

FirstMerit Bank, N.A.
Aronberg Goldgehn Davis & Garmisa
Brianna M. Sansone
330 North Wabash, Suite 1700
Chicago, IL 60611

Via facsimile to (773) 889-5978

Zard Development, Inc.
Steven Bahary
2233 North Cicero Ave.
Chicago, IL 60639

Via regular mail

| | |
|---|---|
| DELARAD INC | NISHAY K. SANAN |
| 525 N. ASHLAND, 2ND FL | 20 S. CLARK ST, STE 2600 |
| CHICAGO, IL 60622 | CHICAGO IL 60603 |
| | |
| HAMMER CONSTRUCTION | MAHMOUD BAHARY |
| 1457 W. THOMAS | PO BOX 34084 |
| CHICAGO IL 60622 | CHICAGO IL 60634 |
| | |
| ABID SABEEH | SAYED AMINSHAHIDI |
| 4 N. BARTLETT RD | PO BOX 34084 |
| STREAMWOOD IL 60107 | CHICAGO IL 60634 |
| | |
| FLANAGAN BILTON | MOHAMMAD HORMOZZADEH |
| 500 N. DEARBORN ST., STE 400 | 1233 N. DAMEN AVE. |
| CHICAGO IL 60654 | CHICAGO IL 60622 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.12-2378 |
| | ) | |
| Zard Development, Inc. | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Eugene Wedoff |

### MOTION FOR FINAL DECREE AND TO CLOSE BANKRUPTCY CASE

NOW COMES ZARD DEVELOPMENT, INC., the reorganized debtor ("Debtor"), by and through its counsel, Brett M. Scheive and the Law Offices of Brett Scheive, and in support of its Motion for Final Decree and to Close Bankruptcy Case pursuant to 11 U.S.C. §§ 350 and Fed. R. Bankr. P. 3022, respectfully states as follows:

1. Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on January 24, 2012.

2. On September 26, 2012, the Court entered an order (the "Confirmation Order") confirming the Second Modified Plan of Reorganization of the Debtor (the "Plan").

3. The Plan classified claims and interests into the following classes:

   a) Administrative Claims

   b) Class 1 – Secured Claim of FirstMerit Bank, N.A.

   c) Class 2 – Unsecured Claims not held by Insiders

   d) Class 3 – Unsecured Claims held by Insiders

   e) Class 4 – Interests of Equity Security Holders

4. The Plan provides for the Debtor to make payments to creditors from the proceeds of sale of certain residential units.

1

5.      Prior to the hearing of this Motion, the Debtor has made payments that fully satisfy the claim of the Class 1 Secured Creditor. No motions or adversary proceedings are pending. All payments due to the U.S. Trustee have been or shall be paid in full prior to the hearing on this Motion. Therefore, the Plan has been substantially consummated.

6.      Notice of this Motion for Final Decree has been provided to (i) the United States Trustee; (ii) all of the Debtor's creditors; and (iii) all other parties in interest who have requested notice in this case.

WHEREFORE, Zard Development, Inc., the Reorganized Debtor, respectfully requests that this Court enter an Order: (a) authorizing the entry of a final decree closing this bankruptcy case pursuant to Bankruptcy Code section 350(a) and Rule 3022 of the Federal Rules of Bankruptcy Procedure; (b) approving the notice provided; and (c) granting such other relief as this Court may find appropriate.

                                      Respectfully submitted,
                                      ZARD DEVELOPMENT, INC.

                    By:   /s/Brett M. Scheive
                           One of its attorneys

Brett M. Scheive
(Atty No 6300777)
LAW OFFICES OF BRETT SCHEIVE
17 North State, Suite 990
Chicago, IL 60602
Tel:  312-269-0009
Fax: 312-638-9878